UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, CENTER FOR BIOLOGICAL DIVERSITY, and the W.J. MCCABE CHAPTER OF THE IZAAK WALTON LEAGUE OF AMERICA, <br><br>    Plaintiffs, <br><br>v. <br><br>THOMAS L. TIDWELL, in his official capacity as Chief of the U.S. Forest Service, U.S. FOREST SERVICE, MICHAEL YOUNG, in his official capacity as Acting Secretary of Agriculture, CONSTANCE CUMMINS, in her capacity as Supervisor of the Superior National Forest, and POLYMET MINING, INC. <br><br>    Defendants. | Case Number: <br><br><br><br>**RULE 7.1 – CORPORATE DISCLOSURE STATEMENT** |

Minnesota Center for Environmental Advocacy, a Minnesota 501 (c)(3) non-profit corporation, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

    Minnesota Center for Environmental Advocacy has no parent corporation.

Minnesota Center for Environmental Advocacy has no stock, so no stock in Minnesota Center for Environmental Advocacy is held by any publicly held corporation.

Date: March 27, 2017        s/ Kevin P. Lee
                                    Kevin P. Lee
                                    (MN License No. 0395933)

Minnesota Center for Environmental Advocacy
26 East Exchange Street, Suite 206
St. Paul, MN 55101
Phone: (651) 223-5969
klee@mncenter.org

ATTORNEY FOR PLAINTIFFS